**Order entered September 20, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00391-CR

**FRANK PAUL CELAYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-52876-U**

## ORDER

On August 5, 2019, appointed counsel Sharita Blacknall filed an *Anders* brief. She did not, however, file a motion to withdraw from representation. We notified Ms. Blacknall by telephone and by letter dated September 9, 2019 of the failure to file a motion to withdraw and directed her to file the same by September 19, 2019. To date, Ms. Blacknall has not filed a motion to withdraw or contacted the Court about the appeal.

Ms. Blacknall has filed nine *Anders* briefs in appeals over past eight months; during that time, the Court has had to issue three letters, directing Ms. Blacknall to file a motion to withdraw, and five orders, ordering her to file a motion to withdraw from representation.

"An *Anders* brief may not be filed without a motion to withdraw, as the sole purpose of an *Anders* brief is to explain and support the motion to withdraw." *In re Schulman*, 252 S.W.3d 403, 404 (Tex. Crim. App. 2008). Thus, we **ORDER** Sharita Blacknall to file a motion to withdraw by **SEPTEMBER 30, 2019**.

Should Ms. Blacknall fail to file a motion to withdraw by that date, the Court will take whatever action it deems appropriate including striking the *Anders* brief and ordering Ms. Blacknall removed from the case or abating the appeal for a hearing in the trial court to determine the adequacy of Ms. Blacknall's representation and whether she should be referred to the State Bar of Texas Commission for Lawyer Discipline.


/s/    LANA MYERS
       JUSTICE